No. 82–6606. ANTONELLI v. UNITED STATES. C. A. 7th Cir. Certiorari denied. 

No. 82–6616. FORD v. O'BRIEN. C. A. 6th Cir. Certiorari denied. 

No. 82–6625. STRAND v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 82–6627. LITTLEJOHN v. CLELAND ET AL. C. A. 11th Cir. Certiorari denied.

No. 82–6628. PHILLIPS v. ORNDORF ET AL. C. A. 3d Cir. Certiorari denied.

No. 82–6704. CELESTINE v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. Ct. Crim. App. Tex. Certiorari denied.

No. 82–6708. COOK v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 82–6711. HARDMAN v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 82–6713. LEE v. UNITED STATES; and
No. 82–6753. WELLS v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: 700 F. 2d 424.

No. 82–6715. HILL v. EVANS, SHERIFF, TARRANT COUNTY, TEXAS. C. A. 5th Cir. Certiorari denied. 

No. 82–6717. WAITERS v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 82–6724. STERN v. DEPARTMENT OF THE ARMY. C. A. Fed. Cir. Certiorari denied.